# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-mj-306 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| DAVID MEHAFFIE, | : | |
| Defendant. | : | |

## ORDER REGARDING USE OF VIDEO TELECONFERENCING

Pursuant to the CARES Act, H.R. 748 § 15002 *et seq.*, and in accordance with General Order 21-19, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video teleconferencing to conduct the Initial Appearance held on August 12, 2021.

Accordingly, the proceeding held on this date was conducted by video teleconference.

August 12, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge