AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DAVID MEHAFFIE

)
)
)
)
)
)

Case No. 1:21-cr-40
Assign to: Judge Trevor N. McFadden
Date Assigned: 08/04/2021
Description: SUPERSEDING INDICTMENT (B)
Case Related to 21-cr-40 (TNM)

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ David Mehaffie
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1), 2 (Assaulting, Resisting, or Impeding Certain Officers, Aiding and Abetting), 18 U.S.C. § 111(a)(1) and (b) (Inflicting Bodily Injury on Certain Officers), 18 U.S.C. §§ 2111, 2 (Robbery), 18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon), 18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding), 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 40 U.S.C. § 5104(e)(2)(D), 2 (Disorderly Conduct in a Capitol Building), 40 U.S.C. § 5104(e)(2)(F), 2 (Act of Physical Violence in the Capitol Grounds or Buildings)

Date: 08/04/2021

Robin M. Meriweather
2021.08.04 23:03:36 -04'00'

_Issuing officer's signature_

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ August 6, 2021, and the person was arrested on _(date)_ August 12, 2021
at _(city and state)_ Kettering, Ohio

Date: August 12, 2021

_Arresting officer's signature_

Kyle G. Metz, Task Force Officer
_Printed name and title_