# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-mj-306 |
| Plaintiff, | |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| DAVID MEHAFFIE, | |
| Defendant. | |

## ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon an Indictment in the United States District Court for the District of Columbia, in Case No. 1:21-cr-40. Defendant appeared in open Court on August 12, 2021, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in the Indictment and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

**IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the District of Columbia, where the charges are pending against him, for any other proceedings, as ordered by that court.

**IT IS FURTHER ORDERED** that bond is continued.

August 12, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge