IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

USA

    Plaintiff(s)

vs                                    Case No. 3-21-mj-306

**David Mehaffie**

    Defendant(s)

---

**NOTICE OF TRANSMITTAL**

---

Pursuant to an order of this Court, dated 7/6/21 and signed by the **Honorable Peter B. Silvain, Jr,** United States District Judge, the above entitled action is transferred to USDC District of Columbia.

The papers enclosed herewith constitute the entire docket in this case. Certified copies of the order of transfer, and the docket sheet are included.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the filed papers.

                                                          RICHARD NAGEL, CLERK

                                                          s/*P. Butler*
                                                            Deputy Clerk

Receipt is acknowledged of the documents described herein.

Assigned case number:   1:21-cr-40
Date: _____
Clerk, U.S. District Court
_____

By:_____
        Deputy Clerk

**Office of the Clerk**
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

US District Court
Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507