# U.S. District Court
## Southern District of Ohio (Dayton)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-00306-PBS-1
## Internal Use Only

Case title: USA v. Mehaffie

Date Filed: 08/12/2021

Other court case number: 1:21-CR-40 District of Columbia

Assigned to: Magistrate Judge Peter B. Silvain, Jr

**Defendant (1)**

**David Mehaffie**     represented by    **Jose Manuel Lopez**
Lopez Severt & Pratt LPA - 3
18 E Water Street
Troy, OH 45373
937-335-5658
Email: jml@lsplaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Nicholas Dingeldein**<br>United States Attorney's Office<br>200 W Second Street<br>Room 602<br>Dayton, Oh 45402<br>937-225-2910<br>Email: nicholas.dingeldein@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2021 | 1 | Rule 5(c)(3) Documents Received as to David Mehaffie. (cib) (Entered: 08/12/2021) |
| 08/12/2021 | | Minute Entry for proceedings held before Magistrate Judge Peter B. Silvain, Jr: Initial Appearance in Rule 5(c)(3) Proceedings as to David Mehaffie held on 8/12/2021. Nick Dingeldein appeared for USA. Jose Manuel Lopez appeared for Defendant. Defendant appeared via Video with his permission. Defendant informed of his rights, pending charges, and possible penalties. Defendant informed of Court Hearing in District of Columbia on 8/17/21 at 1:00 p.m. via Zoom. Defendant released on Own Recognizance Bond with Conditions. USA presented an Oral Motion to Unseal the Case. (Recorded By: CourtSmart, record number: PBS 8-12-21) (cib) (Entered: 08/12/2021) |
| 08/12/2021 | 2 | Order Regarding Use Of Video Teleconferencing as to David Mehaffie. Signed by Magistrate Judge Peter B. Silvain, Jr on 8/12/21. (cib) (Entered: 08/12/2021) |
| 08/12/2021 | 3 | Due Process Protections Act Order as to David Mehaffie. Signed by Magistrate Judge Peter B. Silvain, Jr on 8/12/21. (cib) (Entered: 08/12/2021) |
| 08/12/2021 | 4 | Arrest Warrant Returned Executed on 8/12/21 in case as to David Mehaffie. (cib) (Entered: 08/12/2021) |
| 08/12/2021 | 5 | ORDER Setting Conditions of Release as to David Mehaffie. Own Recognizance. Signed by Magistrate Judge Peter B. Silvain, Jr on 8/12/21. (cib) (Entered: 08/12/2021) |
| 08/12/2021 | 6 | REMOVAL ORDER as to David Mehaffie. Signed by Magistrate Judge Peter B. Silvain, Jr on 8/12/21. (cib) (Entered: 08/12/2021) |
| 08/13/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Jose Manuel Lopez appearing for David Mehaffie (Lopez, Jose) (Entered: 08/13/2021) |



